No. 568. ADAMS v. UNITED STATES. Motion to dispense with printing petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *Kenneth K. Simon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 641. PIERRE ET AL. v. JORDAN, SECRETARY OF STATE OF CALIFORNIA, ET AL. Motion of petitioners to strike respondents' brief denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Petitioners *pro se.* *Thomas C. Lynch,* Attorney General of California, *Burton J. Gindler* and *A. Wallace Tashima,* Deputy Attorneys General, and *Harold W. Kennedy* for respondents.

No. 649. IN RE HOLOVACHKA. Supreme Court of Indiana. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Robert J. Downing* and *William M. Ward* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, *Robert W. McNevin,* Assistant Attorney General, and *C. Dickson Faires, Jr.,* Deputy Attorney General, for the State of Indiana.

No. 385, Misc. STELLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 11, Misc. ROBINS v. RARBACK ET AL. C. A. 2d Cir. Certiorari denied. *Burton H. Hall* for petitioner. *Herbert S. Thatcher* for respondents.